Argued and submitted May 30, reversed and remanded August 21, 1996

## STATE OF OREGON,
*Appellant,*

*v.*

## TIMOTHY SUNNAFRANK,
*Respondent.*

(93CR2544FE; CA A88218)

921 P2d 428

Robert M. Atkinson, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

David E. Groom, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Riggs, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

The state appeals from the trial court's dismissal of this matter as being barred by the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution and by Article I, section 12, of the Oregon Constitution. The state argues, and defendant concedes, that *United States v. Ursery*, ___ US ___, 116 S Ct 762, 133 L Ed 2d 707 (1996), compels reversal of the trial court's disposition, which was based solely on pre-*Ursery* federal authority. We agree. *See, e.g., Umatilla County v. $18,005 in U.S. Currency*, 142 Or App 513, 921 P2d 426 (1996); *State v. Vettrus*, 142 Or App 359, 922 P2d 673 (1996).

Reversed and remanded.